LAWRENCE PROVENCHER, Appellant, v. MICHAEL MURRAY and Another, Respondents, and Others.— Motion granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

WILLIAM L. REDFIELD, Respondent, v. RICHARD UNTEREINER and Another, Appellants.— Motion granted by default. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

GERTRUDE L. WHITMORE, Respondent. v. AARON KLAYMAN, Appellant.— Motion granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

VEA C. DESLER, Administratrix, etc., of CLIFFORD A. SHUMWAY, Deceased, Appellant, v. GRACE E. GREENE and Another, Respondents.— Mot on denied. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTISS SECURITIES COMPANY, Now CURTISS SOUTHWESTERN CORPORATION, Relator, Appellant, v. M. FRANK LOUGHMAN and Others, as and Constituting the State Tax Commission, Respondents.— Motion denied Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of MARTHA J. SMITH, as Ancillary Executrix, etc., of MARY J. SMITH, Deceased, Late of the Town of North Haven, County of New Haven, State of Connecticut, Appellant, for a Peremptory Mandamus Order against M. FRANK LOUGHMAN and Others, as and Constituting the State Tax Commission, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

JOHN SHELLEY, Appellant, v. ANTHONY BRADY and Another, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

VILLAGE OF CHATEAUGAY, Respondent, v. CHASM POWER COMPANY and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

WILLIAM A. WEST, by His General Guardian BERT E. WEST, Appellant, v. DELAWARE AND HUDSON COMPANY, Respondent.— Motion denied. Present — Van Kirk, P J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ROSE KATZ, Respondent, v. MORRIS LIPSIUS, Appellant, and Another. SIDNEY KATZ, an Infant, etc., Respondent, v. MORRIS LIPSIUS, Appellant, and Another. GEORGE KATZ, an Infant, etc., Respondent, v. MORRIS LIPSIUS, Appellant, and Another. ABE KATZ, an Infant, etc., Respondent, v. MORRIS LIPSIUS, Appellant, and Another. ABRAHAM ZELENETSKY, Respondent, v. MORRIS LIPSIUS, Appellant, and Another.— Motion denied. Present — Van Kirk, P. J. Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ROYAL BANK OF CANADA, Relator, v. M. FRANK LOUGHMAN and Others, as and Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.